IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| NATIONAL JOCKEY CLUB, an Illinois corporation, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 04 C 3743<br>Hon. Judge Manning |
| FLOYD "CHIP" GANASSI and CHIP GANASSI GROUP, LLC, a limited liability company, | ) ) ) ) | |
| Defendants. | ) | |

## **DEFENDANTS' RENEWED RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendants, FLOYD "CHIP" GANASSI and CHIP GANASSI GROUP, LLC ("Defendants") hereby request this Honorable Court to renew and grant their Motion for Judgment as a Matter of Law pursuant to Fed. R. Civ. P. 50(a).

1. On December 11, 2009, Plaintiff rested its case-in-chief. Defendants then promptly filed with the Court a Motion for Judgment as a Matter of Law as to Count I of Plaintiff's Complaint ("Motion") (Document No. 306).

2. The Court granted Plaintiff an opportunity to respond to Defendants' Motion in writing, which Plaintiff did on December 15, 2009 (Document No. 309).

3. Defendants proceeded with their case-in-chief, after which Plaintiff proceeded with its rebuttal case. Both

Plaintiff and Defendants rested their respective cases on December 16, 2009.

4. Accordingly, Defendants hereby renew their Motion for Judgment as a Matter of law, Document No. 306, which is fully incorporated herein by reference.

**WHEREFORE**, Defendants, FLOYD "CHIP" GANASSI and CHIP GANASSI GROUP, LLC, respectfully request this Honorable Court to enter judgment as a matter of law in their favor and against Plaintiff as to Count I of Plaintiff's Complaint.

Respectfully submitted,

By: /s Keely Lewis Wise
**One of the Attorneys for Defendants, FLOYD "CHIP" GANASSI AND CHIP GANASSI GROUP, LLC**

**DATE: December 17, 2009**

Brian W. Bell, #160431
Keely Lewis Wise, #6280469
Alfred K. Murray II, #6297264
**SWANSON, MARTIN & BELL, LLP**
330 North Wabash Avenue - Suite 3300
Chicago, Illinois 60611
(312)321-9100